IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| AGV SPORTS GROUP, INC., et al., | * | |
| Plaintiffs, | * | |
| vs. | * | Cause No. 1:08-CV-03388-RDB |
| PROTUS IP SOLUTIONS, INC., et al., | * | |
| Defendants, | * | |
| | * * * * * * | |

## DEFENDANT PROTUS IP SOLUTIONS, INC.'S
## MOTION TO QUASH SUBPOENA

COMES NOW Defendant Protus IP Solutions, Inc., pursuant to Federal Rule of Civil Procedure 45, and respectfully moves the Court to quash the subpoena issued by Plaintiffs to Stephen H. Ring wherein Plaintiffs' request the production of information produced by Protus in other unrelated litigation. Protus' memorandum of law in support of this motion is filed herewith and incorporated herein by reference.

Dated: November 29, 2009　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Ryan J. Gavin
　　　　　　　　　　　　　　　　　　　Mary Ann L. Wymore (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　mlw@greensfelder.com
　　　　　　　　　　　　　　　　　　　Ryan J. Gavin (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　rjg@greensfelder.com
　　　　　　　　　　　　　　　　　　　GREENSFELDER, HEMKER & GALE, P.C.
　　　　　　　　　　　　　　　　　　　10 S. Broadway, Suite 2000
　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　　Telephone: (314) 241-9090
　　　　　　　　　　　　　　　　　　　Facsimile: (314) 345-5465

　　　　　　　　　　　　　　　　　　　Dana W. McKee
　　　　　　　　　　　　　　　　　　　dwm@browngold.com
　　　　　　　　　　　　　　　　　　　120 E. Baltimore Street, Suite 1700
　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202-6701
　　　　　　　　　　　　　　　　　　　Telephone: (410) 962-1030
　　　　　　　　　　　　　　　　　　　Facsimile: (410) 385-0869

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Protus IP Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                          /s/ Ryan J. Gavin