IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AGV SPORTS GROUP, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: RDB-08-3388 |
| PROTUS IP SOLUTIONS, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 15th day of April, 2010,

HEREBY ORDERED that:

1. Plaintiffs' Motion for Reconsideration (Paper No. 109) is DENIED;

2. Defendants Joseph D. Hanna's and Sunstar Travel and Tours, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Paper No. 111) is GRANTED;

3. Plaintiffs' Motion for Ruling or Certification (Paper No. 114) is GRANTED;

4. Defendant Protus's Motion to Quash Subpoena (Paper No. 116) is GRANTED; and

5. The Clerk of Court shall send copies of this Order and accompanying Memorandum Opinion to counsel.

/s/_____
Richard D. Bennett
United States District Judge