**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | U.S.Courthouse - Chambers 5D |
| **Richard D. Bennett** | 101 W. Lombard Street |
| **United States District Judge** | Baltimore, MD 21201 |
| **Northern Division** | Tel:  410-962-3190 |
| | Fax: 410-962-3177 |

June 21, 2011

## LETTER ORDER

TO:   COUNSEL OF RECORD

RE:   *AGV Sports Group, Inc., et al. v. Protus IP Solutions, Inc., et al.*
         Civil No. RDB-08-03388

Dear Counsel:

This Letter Order summarizes this Court's ruling as a result of today's telephonic hearing on pending motions.

First, the letters outlining the ongoing discovery dispute (ECF#'s 185 & 186) were addressed by this Court consistent with the policy set forth in the Letter Order of July 17, 2009 (ECF#89).  For the reasons indicated on the record, Document Request #23 and Admission Request #'s 26 and 27 of the Plaintiff Pasco are DENIED.  Issues as to Velocity Wholesale, Inc. and its owner are not relevant to the issues in this lawsuit.  With respect to Document Request #24, the Defendant Protus IP Solutions, Inc. will be required to respond with respect to a category of documents without listing specific documents themselves.

Second, the Court addressed the Plaintiff's Motion for Partial Reconsideration of Order Granting Protective Order to Protus IP Solutions, Inc. (ECF#158).  For the reasons stated on the record, that motion was DENIED.

Third, the Plaintiff's Motion for Ruling on Discovery Standing (ECF#174) was DENIED for the reasons stated on the record.

Fourth, the Court addressed the Motion to Reconsider Order Granting Michael C. Worsham's Motion to Withdraw as Counsel or, in the Alternative, Motion to Disqualify Worsham (ECF#168), which Mr. Jacobs indicated is now WITHDRAWN.

Finally, the Court addressed the Motion to Disqualify William Jacobs as Counsel (ECF#183).  For the reasons stated on the record, said motion is DENIED In Part and GRANTED In Part.  Specifically, with the agreement of Mr. Jacobs, the Motion is GRANTED as to his ineligibility to proceed as trial counsel in this matter.  The motion is DENIED with respect to his representation of AGV Sports Group, Inc. in pretrial matters. For the reasons stated on the record, Mr. Jacobs has assured the Court that new counsel will enter his/her appearance on behalf of the Corporate Plaintiff AGV Sports Group, Inc. prior to the scheduled trial date and will be available on that date.  Furthermore, Mr. Jacobs has indicated that this attorney would also be representing his interests at trial.

The Scheduling Order set forth on March 2, 2011 (ECF#160) remains operative and this case remains scheduled for a jury trial to commence on October 17, 2011.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

      Sincerely,

       /s/

      Richard D. Bennett
      United States District Judge

RDB/klf