IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

RECEIVED JUL 22 2011

| | | |
|---|---|---|
| AGV SPORTS GROUP, INC., et al., | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action 1:08-CV-03388-RDB |
| PROTUS IP SOLUTIONS, INC., et al., | * | |
| Defendants, | * | |

\* \* \* \* \*

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(a)(1), Defendant Protus IP Solutions, Inc. ("Protus"), by and through its attorneys, will take the deposition upon oral examination of Richard Zelma at the offices of Knapp, Trimboli & Prusinowski, LLC, 210 Park Avenue, Suite 302, Florham Park, New Jersey, 07932. The deposition will be recorded stenographically before a certified shorthand reporter duly authorized to administer oaths commencing at 2:00 p.m. on July 27, 2011, and continuing from day-to-day thereafter until completed or adjourned.

Dated: July 20, 2011

GREENSFELDER, HEMKER & GALE, P.C

_(signature)_

Mary Ann L. Wymore (*Pro Hac Vice*)
mlw@greensfelder.com
Ryan J. Gavin (*Pro Hac Vice*)
rjg@greensfelder.com
David P. Niemeier (*Pro Hac Vice*)
dpn@greensfelder.com
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465

EXHIBIT A

1288154
76338-724

        Dana W. McKee
        dwm@browngold.com
        120 E. Baltimore Street, Suite 1700
        Baltimore, MD  21202-6701
        Telephone:  (410) 962-1030
        Facsimile:  (410) 385-0869

*Attorneys for Defendant Protus IP Solutions, Inc., now known as j2 Global Canada, Inc., carrying on business as Protus IP Solutions*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was sent via electronic mail and U.S. Mail, first class postage prepaid, this 20th of July, 2011 on:

Michael C. Worsham, Esquire
Law Office of Michael Craig Worsham
1916 Cosner Rd
Forest Hill, Maryland  21050
mcw@worshamlaw.com

W. Michael Jacobs, Esq.
30 Corporate Center, Suite 300
10440 Little Patuxent Parkway
Columbia, Maryland 21044
mjacobslaw@juno.com

_____

1288154
76338-724

## ATTACHMENT A – DOCUMENTS TO BE PRODUCED

1. All facsimiles you allege were sent to you by or with the assistance of Protus IP Solutions, Inc. ("Protus") and in violation of the Telephone Consumer Protection Act.

2. All communications with any persons (other than attorneys retained by you) regarding facsimiles you allege were sent to you by or with the assistance of Protus.

3. All documents regarding or related to any unsolicited facsimile you claim was sent to you by Protus.

4. All documents regarding or related to any claim by you that Protus provided your telephone facsimile to another person or entity for the purpose of transmitting facsimile advertisements.

5. All documents regarding or related to any claim by you that Protus was involved in or participated in the transmission of an unsolicited facsimile advertisement to you.

6. All documents regarding or related to any claim you have asserted against Protus wherein you alleged Protus sent or was involved in sending an unsolicited facsimile advertisement to your telephone facsimile number.

7. All documents you contend are evidence that Protus has transmitted facsimile advertisements in violation of the Telephone Consumer Protection Act.

8. All documents you contend are evidence that Protus has been involved in the transmission of facsimile advertisements in violation of the Telephone Consumer Protection Act.

9. All documents you contend are evidence that Protus has willfully and/or knowingly transmitted facsimile advertisements in violation of the Telephone Consumer Protection Act.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     New Jersey

RECEIVED JUL 22 2011

| AGV SPORTS GROUP, INC., et al., | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| PROTUS IP SOLUTION, INC., et al., | Case Number:[1] 1:08-CV-03388-RDB |

(United States District Court
District Court of Maryland)

TO: Richard Zelma
940 Blanch Avenue
Norwood, NJ 07648

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Knapp, Trimboli & Prusinowski, LLC, 210 Park Avenue, Ste 302, Florham Park, New Jersey 07932 | 7/27/2011 2:00 pm |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| Knapp, Trimboli & Prusinowski, LLC, 210 Park Avenue, Ste 302, Florham Park, New Jersey 07932 | 7/27/2011 2:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 7/20/11 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ryan J. Gavin, Greensfelder Hemker & Gale, 10 S. Broadway, Ste 2000, St. Louis, MO 63102
(314) 241-9090

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.