Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

AGV SPORTS GROUP, INC., )
et al.,                  )
                         )
         Plaintiffs,     )
vs.                      )  Civil Action
                         )  1:08-CV-03388-RDB
PROTUS IP SOLUTIONS, INC., )
et al.,                  )
                         )
         Defendants.     )


DEPOSITION OF RICHARD ZELMA

July 27, 2011

Florham Park, New Jersey



Page 2

1                    I N D E X

2  EXAMINATION BY        DIRECT CROSS REDIRECT RECROSS

3  MR. GAVIN:                5              87

4  MR. WORSHAM:                     57             92

5

6

7

8                  E X H I B I T S

9  NUMBER          DESCRIPTION                    PAGE

10 EX-1 to         Documents                       16

11 EX-7

12

13     NOTE: Exhibit 7 is withdrawn on page 49.

14

15              (Exhibits retained.)

16

17

18

19

20

21

22

23

24

25

```
 1   me the same request and answer the questions.
 2        A.    I always do.
 3        Q.    Other than Mr. Worsham, have you
 4   spoken to anybody else in anticipation of today's
 5   deposition?
 6        A.    No.
 7        Q.    Or in preparation?
 8              MR. WORSHAM:  Can you speak up a
 9   little bit?  I'm having a little trouble hearing
10   you.
11              THE WITNESS:  What was the question,
12   Michael?
13        Q.    He didn't hear your answer.
14              THE WITNESS:  No, I said I hadn't
15   spoken to anyone else but you in anticipation of
16   this deposition.
17   BY MR. GAVIN:
18        Q.    You are appearing here today pursuant
19   to a Subpoena?
20        A.    Correct.
21        Q.    And did the Subpoena requested
22   documents?
23        A.    Yes.
24        Q.    And did you bring any of those
25   documents?
```

```
 1      A.      Whatever I found I brought, yes.
 2      Q.      Right here.
 3              MR. WORSHAM:  I hope you and the
 4  court reporter hear this:  Mr. Zelma is objecting to
 5  the Subpoena for two reasons:  One of which is that
 6  the Subpoena did not allowed adequate time for him,
 7  at least not a reasonable amount of time and
 8  secondly, it requests documents that you should
 9  have in your possession already going back many
10  years.
11  BY MR. GAVIN:
12      Q.      Are those documents you brought, are
13  those copies that I can mark as exhibits?
14      A.      Yes.
15      Q.      May I see them?
16              MR. GAVIN:  Let's go ahead and mark
17  these as an exhibit.
18              (Documents marked, marked Exhibits 1
19  to 7 for Identification.)
20      Q.      You've provided me with copies of
21  documents that you've brought with you today and
22  they're marked one to seven?
23      A.      Yes.
24      Q.      Are there other documents in response
25  to the Subpoena that you didn't bring with you?
```

Page 17

```
 1        A.      No, this is all I can find.
 2        Q.      Are you aware of anything that you
 3   have in your possession that you did not find that
 4   would be responsive?
 5        A.      Not that I'm aware of.
 6        Q.      Okay.
 7        A.      The balance of the missing documents,
 8   however, are with Mary Ann Wymore.  She has
 9   everything.
10        Q.      Well, you told me nothing was
11   missing.  I understood there was nothing to be
12   missing from your production today.
13        A.      That's all I have left.
14        Q.      What is there that is, quote,
15   missing, that you provided Mary Ann Wymore?
16        A.      Additional faxes, communications back
17   and forth.  It's either been deleted or Mary Ann has
18   it in her position.
19        Q.      Communications with Ms. Wymore?
20        A.      Yes.
21        Q.      Are any of the, quote, missing
22   documents or these documents that you say had been
23   previously provided to Mary Ann Wymore, do they
24   relate to any of the allegations by any of the
25   plaintiffs in the allegation that we're taking your
```