IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

AGV SPORTS GROUP, INC., et al.

Plaintiffs

vs.

PROTUS IP SOLUTIONS, INC., et al.

Defendants

Civil Action No. 1:2008cv03388

_______________________________/

The deposition of MARTIN PASCO was held on Thursday, July 28, 2011, commencing at 9:02 a.m., at the Law Offices of Brown, Goldstein, Levy, LLP, 120 East Baltimore Street, Suite 1700, Baltimore, Maryland 21202, before Susan A. Kambouris, Notary Public.

REPORTED BY: Susan A. Kambouris



APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

MICHAEL CRAIG WORSHAM, ESQUIRE
Law Office of Michael Craig Worsham
1916 Cosner Road
Forest Hill, Maryland 21050
Telephone: 410-557-6192
Facsimile: 410-510-1870
E-mail: mcw@worshamlaw.com

ON BEHALF OF DEFENDANT, PROTUS IP SOLUTIONS, INC.:

RYAN J. GAVIN, ESQUIRE
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-241-8624
E-mail: rjg@greensfelder.com

Q What else has he told you, do you remember?
A You have to ask me specific questions. I can't really tell you.
Q I don't know what you have spoken about. I am just trying to learn that.
A Nothing I can recall right now. If you want me to recall a specific conversation, I can't do it unless you ask me specific questions. Even then, I don't know if I will remember.
Q You said you emailed Mr. Zelma, as well?
A Yes.
Q Have those emails discussed Protus?
A Occasionally.
Q What do you recall about those emails?
A Nothing.
Q Do you save those emails?
A Yes.
Q Where are they today?
A Some are on my computer and some are on the hard disk that fried.
Q Are you able to print or retrieve the

emails from your computer still?

A Most of the interesting ones are on the computer that is gone.

Q Why were those interesting?

A When I say interesting, I mean the ones you would probably be more interested in.

Q You said --

A They discussed the case or a case.

Q They were interesting because they discussed a case?

A Yes.

Q Which case?

A I don't even remember. It could have been Zelma versus Williams.

Q But if they discussed a case involving Protus, you would remember that?

A I don't know if they always discussed a case involving Protus. You can see my memory is just not that good.

Q Is there anything that you have communicated with Mr. Zelma about relating to Protus

you haven't told me about already, that you can recall?

A Not that I can recall, no.

Q Anyone else other than Mr. Zelma and Mr. Worsham with whom you have spoken about Protus?

A Other plaintiffs.

Q You mean other plaintiffs --

A In this case, yes.

Q Which ones?

A All of them.

Q When did you have occasion?

A Mostly at the settlement conference a few months ago.

Q Were those communications part of settlement negotiations or were you talking amongst yourselves while you were waiting?

A Mostly talking among ourselves.

Q What do you recall about your conversations with the other plaintiffs?

A Nothing.

Q So, you had those communications with them during the settlement conference a few months ago, but

you don't remember it?

A The overwhelming thing I remember was not necessarily any specific things that were discussed, but the mood of general outrage that existed.

Q And who was this outrage directed to?

A Protus, or junk faxes, in general, Protus, in particular.

Q Anything else you remember about your discussions with other plaintiffs that you can recall?

A No.

Q How did you first learn about the TCPA?

A Probably doing research on the web.

Q Do you recall when you did that?

A Soon after I started getting faxes.

Q Do you recall what research you had done to educate yourself about the TCPA?

A Whatever I could get from the web. Other than how, you know, you do searches for things, the FCC web site. A number of -- also, junkfax.org was useful. There were a few junk fax web sites out there that give information.