UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

AGV SPORTS GROUP, INC., et al.           *

    *Plaintiffs*                              *       Case # 08-CV-3388-RDB

v.                                        *

PROTUS IP SOLUTIONS, INC., et al.         *

    *Defendants*                            *
\*\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OBJECTIONS TO SUBPOENAS FROM
### NON-PARTIES ZELMA, WEINER AND SILVERSTEIN

Non-partes Richard Zelma, Phillip P. Weiner, and Richard Silverstein, through undersigned counsel Michael C. Worsham, who is also counsel for the five Plaintiffs, object under Federal Rule 45 to the Subpoenas and Notices of Deposition served on each of the non-parties on July 21, 2011, requesting them each to produce many documents and to appear for depositions from July 27 to 29, 2011. The Subpoenas and Attachment do not allow a reasonable time to respond, are overly broad and seek to give Protus a second chance at discovery in separately pending cases against Protus in state court, and for Richard Silverstein the deposition time conflicts with his surgery schedule. Non-parties incorporate herein the Motion for Protective Order filed in this case on July 23, 2011.

Respectfully submitted,

/s/   *Michael C. Worsham*
Michael C. Worsham, Esq.  (Bar # 25923)
1916 Cosner Road
Forest Hill, Maryland 21050
(410) 557-6192,  Fax: (410) 510-1870
mcw @ worshamlaw.com
*Attorney for three Non-party movants*

*and also attorney for*

*Plaintiffs Baltimore Podiatry Group,
Drs. Scheffler & Sheitel, P.A., Givens Collision
Repair Center, Inc., Intelligent Devices, Inc.,
Martin Pasco, and Powers & Powers, P.A.*


EXHIBIT F

## CERTIFICATE OF SERVICE

I certify that o July 29, 2011 a copy of this document was served by hand delivery on counsel for Protus IP Solutions, Inc., Ryan Gavin, Esq.

/s/
_____
Michael C. Worsham, Esq.