UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

AGV SPORTS GROUP, INC., et al.            *

    *Plaintiffs*                              *   Case # 08-CV-3388-RDB

v.                                         *

PROTUS IP SOLUTIONS, INC., et al.         *

    *Defendants*                            *
** *   *   *   *   *   *   *   *   *   *   *   *

### SUPPLEMENTAL OBJECTIONS TO SUBPOENAS FROM NON-PARTIES ZELMA, WEINER AND SILVERSTEIN

Non-partes Richard Zelma, Phillip P. Weiner, and Richard Silverstein, through undersigned counsel Michael C. Worsham, who is also counsel for the five Plaintiffs, object under Federal Rule 45 to the Subpoenas and Notices of Deposition served on each of the non-parties on July 21, 2011, requesting them each to produce many documents and to appear for depositions from July 27 to 29, 2011. The Subpoenas and Attachment do not allow a reasonable time to respond, are overly broad and seek to give Protus a second chance at discovery in separately pending cases against Protus in state court, and for Richard Silverstein the deposition time conflicts with his surgery schedule. Non-parties incorporate herein the facts in their Motion for Protective Order filed in this case on **July 23, 2011**, and further object as follows:

1. Protus already has copies of documents generated in the two lawsuits against Protus filed by Richard Zelma, and the separate lawsuits filed by Richard Silverstein and Phillip Weiner.

2. Attachment A, Request 3, for "All documents <u>regarding or related</u> to any unsolicited facsimile you claim was sent to you by Protus" (emphasis added) is overly broad as phrased.
Requests 4, 5 and 6's use of "regarding or related" render these Requests overly broad as phrased.

4. Non-parties may rely on any of hundreds of documents being produced by the Plaintiffs in this *Pasco* case, or by the plaintiffs in separate cases filed against Protus in Maryland state and federal cases, over which the non-parties do not have control, and which would be burdensome to produce.



5.  Requests 7, 8 and 9 all seek 'evidence' which requires non-parties to make a legal conclusion about what is evidence.

Respectfully submitted,

/s/ *Michael C. Worsham*

Michael C. Worsham, Esq.  (Bar # 25923)
1916 Cosner Road
Forest Hill, Maryland 21050
(410) 557-6192,  Fax: (410) 510-1870
mcw @ worshamlaw.com
*Attorney for three Non-party movants*

and also attorney for

Plaintiffs *Baltimore Podiatry Group,
Drs. Scheffler & Sheitel, P.A., Givens Collision
Repair Center, Inc., Intelligent Devices, Inc.,
Martin Pasco, and Powers & Powers, P.A.*

## AUTHORITIES

*Moon v. SCP Pool Corp.*, 232 F.R.D. 633 (C.D. Cal. 2005).
*McCoy v. Southwest Airlines Co., Inc.*, 211 F.R.D. 381, 384 (C.D. Cal. 2002).

## CERTIFICATE OF SERVICE

I certify that on August 4, 2011 a copy of this document was served by U.S. Mail and e-mail on:

   Mary Ann Wymore, Esq., Greensfelder, Hemker & Gale, P.C., 10 S. Broadway, Suite 2000, St. Louis, Missouri 63102

and

   Dana W. McKee, Esq., Brown Goldstein Levy LLP, 120 E. Baltimore St., Suite 1700, Baltimore, MD 21202-6701

   *Attorneys for Defendant Protus IP Solutions, Inc.*

/s/

Michael C. Worsham, Esq.