IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MARTIN PASCO, et al., | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action 1:08-CV-03388-RDB |
| PROTUS IP SOLUTIONS, INC., et al., | * | |
| Defendants, | * | |
| | * * * * * | |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(a)(1), Defendant Protus IP

Solutions, Inc. ("Protus"), by and through its attorneys, will take the deposition upon oral

examination of Richard Silverstein at the offices of Richard J. Silverstein, Union Foot Care, 807-

B South Union Avenue, Havre de Grace, Maryland.  The deposition will take place by

conference call.  The call-in number is 888-857-7307 and the participant passcode is 314 516

2676.  The deposition will be recorded stenographically before a certified shorthand reporter

duly authorized to administer oaths commencing at 12:15 p.m. (EST) on August 11, 2011, and

continuing from day-to-day thereafter until completed or adjourned.



EXHIBIT

1287036
76338-724

Dated: August 11, 2011

GREENSFELDER, HEMKER & GALE, P.C

Mary Ann L. Wymore (*Pro Hac Vice*)
mlw@greensfelder.com
Ryan J. Gavin (*Pro Hac Vice*)
rjg@greensfelder.com
David P. Niemeier (*Pro Hac Vice*)
dpn@greensfelder.com
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465


Dana W. McKee
dwm@browngold.com
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202-6701
Telephone: (410) 962-1030
Facsimile: (410) 385-0869

*Attorneys for Defendant Protus IP Solutions, Inc.,
now known as j2 Global Canada, Inc., carrying on
business as Protus IP Solutions*


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was sent via electronic mail this 11th of August, 2011 on:

Michael C. Worsham, Esquire
Law Office of Michael Craig Worsham
1916 Cosner Rd
Forest Hill, Maryland 21050
mcw@worshamlaw.com

1287036
76338-724

## ATTACHMENT A – DOCUMENTS TO BE PRODUCED

1.  All facsimiles you allege were sent to you by or with the assistance of Protus IP Solutions, Inc. ("Protus") and in violation of the Telephone Consumer Protection Act.

2.  All communications with any persons (other than attorneys retained by you) regarding facsimiles you allege were sent to you by or with the assistance of Protus.

3.  All documents regarding or related to any unsolicited facsimile you claim was sent to you by Protus.

4.  All documents regarding or related to any claim by you that Protus provided your telephone facsimile to another person or entity for the purpose of transmitting facsimile advertisements.

5.  All documents regarding or related to any claim by you that Protus was involved in or participated in the transmission of an unsolicited facsimile advertisement to you.

6.  All documents regarding or related to any claim you have asserted against Protus wherein you alleged Protus sent or was involved in sending an unsolicited facsimile advertisement to your telephone facsimile number.

7.  All documents you contend are evidence that Protus has transmitted facsimile advertisements in violation of the Telephone Consumer Protection Act.

8.  All documents you contend are evidence that Protus has been involved in the transmission of facsimile advertisements in violation of the Telephone Consumer Protection Act.

9.  All documents you contend are evidence that Protus has willfully and/or knowingly transmitted facsimile advertisements in violation of the Telephone Consumer Protection Act.