UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

AGV SPORTS GROUP, INC., et al.            *

    *Plaintiffs*                              *       Case # 08-CV-3388-RDB

v.                                         *

PROTUS IP SOLUTIONS, INC., et al.         *

    *Defendants*                              *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OBJECTIONS TO AMENDED NOTICE OF DEPOSITION AND SUBPOENA FROM NON-PARTY RICHARD SILVERSTEIN

    Non-party Richard Silverstein, through undersigned counsel Michael C. Worsham, who is also counsel for the five Plaintiffs, objects under Federal Rule 45 to the Subpoena and Amended Notice of Deposition emailed to undersigned counsel on August 11, 2011 at approximately 10:45 AM, about 90 minutes prior to the start of his deposition at 12:15 PM on August 11, 2011, requesting him to produce many documents and to appear for the deposition. The Subpoena and Amended Notice of Deposition do not allow a reasonable time to respond, are overly broad and seek to give Protus a second chance at discovery in separately pending cases against Protus in Maryland state court. Silverstein incorporates objects as follows:

1. Protus already has copies of documents generated in the separate lawsuit filed by Richard Silverstein and Phillip Weiner.

2. Attachment A, Request 3, for "All documents <u>regarding or related</u> to any unsolicited facsimile you claim was sent to you by Protus" (emphasis added) is overly broad as phrased. Requests 4, 5 and 6's use of "regarding or related" render these Requests overly broad as phrased.

4. Non-parties may rely on any of hundreds of documents being produced by the Plaintiffs in this *Pasco* case, or by the plaintiffs in separate cases filed against Protus in Maryland state and federal cases, including *Hobby Works, et al. v. Protus IP Solutions, Inc.*, over which the non-party has no control, and which would be burdensome to produce.

5. Requests 7, 8 and 9 all seek 'evidence' which requires non-parties to make a legal conclusion about what is evidence.



Respectfully submitted,

/s/ *Michael C. Worsham*
Michael C. Worsham, Esq.  (Bar # 25923)
1916 Cosner Road
Forest Hill, Maryland 21050
(410) 557-6192,  Fax: (410) 510-1870
mcw @ worshamlaw.com
*Attorney for three Non-party movants*

*and also attorney for*

*Plaintiffs Baltimore Podiatry Group,
Drs. Scheffler & Sheitel, P.A., Givens Collision
Repair Center, Inc., Intelligent Devices, Inc.,
Martin Pasco, and Powers & Powers, P.A.*

## AUTHORITIES

*Moon v. SCP Pool Corp.*, 232 F.R.D. 633 (C.D. Cal. 2005).

*McCoy v. Southwest Airlines Co., Inc.*, 211 F.R.D. 381, 384 (C.D. Cal. 2002).

## CERTIFICATE OF SERVICE

I certify that on August 11, 2011 a copy of this document was served by U.S. Mail and e-mail on:

Ryan Gavin, Esq., Greensfelder, Hemker & Gale, P.C., 10 S. Broadway, Suite 2000, St. Louis, Missouri 63102

*Attorneys for Defendant Protus IP Solutions, Inc.*

/s/
_____
Michael C. Worsham, Esq.

2