# Ryan J. Gavin

**From:** Melanie Nance <mnance@gorebrothers.com>
**Sent:** Monday, August 22, 2011 11:55 AM
**To:** Ryan J. Gavin; Connie J. Clark-Eaton
**Subject:** Delay in Transcript of Dr. Silverstein in Re: AGV Sports Group, Inc. et al vs. Protus IP Solutions, Inc. et al

Mr. Gavin,

The court reporter who took the deposition of Dr. Silverstein on 8/10/11 in Re: AGV Sports Group, Inc. et al vs. Protus IP Solutions, Inc. et al. has had a hard drive failure on her computer. In fact, due to the extremely heavy storms we have had in Baltimore, her entire hard drive was deleted during a power surge. I understand that you are in need of the transcript today, however due to this unfortunate turn of events the court reporter will be unable to submit the transcript until tomorrow. She is at the repair shop now trying to get this fixed. I will email you as soon as we are in receipt of the file. I am very sorry for the inconvenience. Have a wonderful day.

Melanie Nance
**GORE BROTHERS - *Since 1961 - Serving MD, DC & No. VA - Worldwide***
20 S. Charles Street, Suite 901, Baltimore, MD 21201
Main:  410-837-3027
www.gorebrothers.com
www.baltimoretrialpresentation.com
www.infinite-resolution.net

Certified Green Agency

