IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MARTIN PASCO, et al.,                    *

     Plaintiffs,                       *

vs.                                      *        Cause No. 1:08-CV-03388-RDB

PROTUS IP SOLUTIONS, INC., et al.,       *

     Defendants,                      *

                                   * * * * * *

**DEFENDANT PROTUS IP SOLUTIONS, INC.'S MOTION TO STRIKE
THE AFFIDAVIT OF RICHARD ZELMA**

     Defendant Protus IP Solutions, Inc., now known as j2 Global Canada, Inc., carrying on business as Protus IP Solutions ("Protus"), hereby moves to strike the affidavit of Richard Zelma.  In support of its Motion to Strike, Protus states as follows.

     1.     On or about September 4, 2011, Plaintiffs filed their motion for summary judgment in this case.  In support of their motion for summary judgment, Plaintiffs submitted the affidavit of Richard Zelma ("Zelma").

     2.     Zelma's affidavit is not based on personal knowledge, relies upon hearsay, and contains numerous conclusory allegations.

     3.     In light of these deficiencies, Mr. Zelma's affidavit should be stricken because it is not based upon personal knowledge as required under Fed. R. Civ. P. 56(c)(4).

     5.     Protus files herewith and incorporates by reference its Memorandum of Law In Support of its Motion to Strike the Affidavit of Richard Zelma.

     WHEREFORE, for the reasons stated above and in Defendant Protus IP Solutions, Inc.'s Memorandum In Support of its Motion to Strike the Affidavit of Richard Zelma, Protus respectfully

1

requests that this Court grant strike the affidavit of Richard Zelma and award such other and further relief as it deems just and proper.


Dated:  September 19, 2011                    Respectfully submitted,


                                              /s/  Ryan J. Gavin
                                              Mary Ann L. Wymore (*Pro Hac Vice*)
                                              mlw@greensfelder.com
                                              Ryan J. Gavin (*Pro Hac Vice*)
                                              rjg@greensfelder.com
                                              David P. Niemeier (*Pro Hac Vice*)
                                              dpn@greensfelder.com
                                              GREENSFELDER, HEMKER & GALE, P.C.
                                              10 S. Broadway, Suite 2000
                                              St. Louis, Missouri  63102
                                              Telephone:  (314) 241-9090
                                              Facsimile:  (314) 345-5465

                                              Dana W. McKee (#04447)
                                              dwm@browngold.com
                                              Brown, Goldstein & Levy, LLP
                                              120 E. Baltimore Street, Suite 1700
                                              Baltimore,  MD  21202-6701
                                              Telephone:  (410) 962-1030
                                              Facsimile:  (410) 385-0869

                                              *Attorneys for Defendant Protus IP Solutions, Inc., now known as j2 Global Canada, Inc., carrying on business as Protus IP Solutions*


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


                                              /s/ Ryan J. Gavin


1299108