UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

PASCO, et al.                             *

    *Plaintiffs*                     *       Case # 08-cv-3388-RDB

v.                                        *

PROTUS IP SOLUTIONS, INC., et al.         *

    *Defendants*                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF RICHARD ZELMA

I am over 18, not a party to this suit, and competent to testify as follows in this Affidavit:

1. For at least 35 years I have lived at 940 Blanch Avenue, Norwood, N.J. 07648, and had the same fax machine which used the fax numbers 201-767-8153 (occasionally) and 201-767-8154 (dedicated line) continuously for over at least the last 10 years.

2. I pay for all the phone bills, paper and toner used with and for the fax machine.

3. In 2003 I sued a Canadian fax broadcaster name Protus IP Solutions, Inc. (Protus) for sending me unsolicited fax ads, in *Zelma v. Aaron C. Hume and Protus IP Solutions, Inc.*, Case DC-6148-03 (Sup. Ct. of NJ, Bergen County).

4. In 2007, after receiving even more unsolicited fax ads, I sued Protus again in *Zelma v. Protus IP Solutions Inc., et al.*, Case #BER-L-6522-07 (Sup. Ct. of NJ, Bergen County).

5. In 2006 and 2007 I received dozens of unsolicited fax ads for travel vacation packages, numbered as Bates #0001 to 0081, at my fax numbers 201-767-8153 and 201-767-8154.

6. I did not give prior express invitation or permission to any person or entity to send me the fax ads labeled as Bates #1-81, and have no business relationship with any person or entity advertised on the faxes.

7. In my second suit filed in 2007 against Protus, based on a variety of different fax ads for roofing, mortgage, and stock touting products or services, Protus's counsel Mary Ann Wymore acknowledged and confirmed that dozens the fax ads that I had alleged Protus sent me in that suit had in fact gone through Protus's fax broadcasting system. I also called other fax advertisers on ads alleged in my Protus suits, who confirmed that their fax ads were broadcast by Protus.

8. I settled my second suit with Protus in December 2007.

9. In March 2008 I received yet another unsolicited fax ad from Protus, even after my second suit against Protus had settled in December 2007, and confirmed this by calling the advertiser whose roofing services were advertised on the fax as "Army Roofing," who confirmed to me that Protus had broadcast the roofing fax ad for the roofer, and told me that Protus had provided the fax numbers to the roofer as well.

### Protus fax transmission 'header' styles

10. Through the course of my lawsuits against Protus and calls to the fax advertisers, I analyzed and learned how to recognize and interpret the style and format of the fax transmission 'header' lines that appears on the top of the faxes broadcast by Protus, and had my interpretations and analysis confirmed by both Protus's own attorney and its own advertiser customers. Protus's attorney was May Ann Wymore, and she confirmed the Protus faxes to me prior to and not part of settlement discussions, which took place later with a different attorney.

11. Protus's fax header formats and styles are of two general types that appear as below:

    To:                         Fm:                Time  Date  Page Number

<u>or</u>:

    Fm:                        To:                Time  Date  Page Number

12. Protus's fax header format and style, including those on the travel fax ads I received and alleged in this case, and can be described as having the "To" field displayed as "To:" on the top left of the fax, the "From" field abbreviated as "Fm:", the Time field as appearing to the right of the "To:" and "Fm:" fields in a 24 hour format as hh:mm in Eastern Standard Time with the abbreviation EST also sometimes appearing, the Date field appearing immediately to the right of the Time field in the format mm/dd/yy (month/date/year), and with the Page Number filed appearing to the far right in the with page abbreviated as either "PG" or as "Pg" with the "g" underlined. In some instances the letters GMT-04 or GMT-05 are printed in the 'header' which means Greenwich Mean Time minus 4 or 5 hours, which I understand is the equivalent of EST (eastern standard time).

13. I have filed many TCPA lawsuits against senders of unsolicited fax ads, and reviewed and analyzed hundreds if not thousands of fax ads that I received, and other faxes as well, and the Protus fax header format is the only format I have seen that always has the time printed immediately to the left of the date, as it appears in the fax ads I alleged to have received from Protus and numbered as Bates #1-81. Bates #68 and 69 have different fax transmission header styles and were not sent via Protus.

14. The fax ads I sued Protus for in 2003 and 2007 also had the same header format described herein, including the fax ads that Protus's counsel Ms. Wymore acknowledged to me had been broadcast through Protus's system, as well as the additional roofing fax ad that I received in March 2008 after my second and final settlement with Protus.

### Toll free removal numbers on travel fax ads

15. I called the 866-395-8075 'removal' number on the bottom of the unsolicited travel fax ads that I received on the travel fax ads numbered within Bates #1-64, and heard the same dual language English-French message for removing or deleting fax numbers that I heard when

3

I called toll free numbers that appeared on my other unsolicited fax ads confirmed as having been broadcast by Protus, and which dual language message is heard if one calls this 866-395-8075 number today.

I affirm under penalties of perjury that the contents of the foregoing paper are true based on personal knowledge.

September 2, 2011

Richard Zelma
Norwood, New Jersey